**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00266-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JAMES A. LANOSGA,

        Defendant.
_____

**ORDER OF RECUSAL**
_____

The undersigned Judge was involved with the United States Marshal's Office, United States Attorney's Office for the District of Colorado, and the United States Forest Service in providing a judicial presence and resources during the Rainbow Family gathering.  Accordingly, the undersigned Judge recuses himself in this matter and directs that it be returned to the Clerk of Court to be redrawn.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

Dated: July 27, 2006