**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  06-cr-00266-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES A. LANOSGA,

      Defendant.

## ORDER OF RECUSAL

**Blackburn, J.**

      The undersigned Judge was involved with the United States Marshal's Office and United States Attorney's Office for the District of Colorado in providing a judicial presence and resources during the Rainbow Family gathering.  Accordingly, the undersigned Judge recuses himself in this matter and directs that it be returned to the Clerk of Court to be redrawn.

      Dated July 28, 2006, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn
                                              United States District Judge**