UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00266-MSK

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

JAMES A. LANOSGA,

      Defendant - Appellant.
_____

### ORDER TO SHOW CAUSE AND ORDER DIRECTING BRIEFING
_____

**THIS MATTER** comes before the Court pursuant to the Defendant - Appellant's *pro se* Notice of Appeal **(# 8)**.

On June 30, 2006, Defendant - Appellant was found guilty by Magistrate Judge David West of a misdemeanor charge of Use of National Forest Land Without a Permit in violation of 36 C.F.R. § 261.10k.  On July 10, 2006,[1] Defendant -Appellant filed a Notice of Appeal pursuant to 18 U.S.C. § 3402, which permits an appeal as of right to the District Court of a conviction entered by a Magistrate Judge.

Upon reviewing the docket, the Court notes that mail addressed to the Defendant - Appellant at his address of record has been returned on two separate occasions in the past month.

---

[1] The actual Judgment of Conviction **(# 7)** was not filed until July 11, 2006, making the Defendant - Appellant's Notice of Appeal premature.  Nevertheless, in conformance with the practice of the 10th Circuit Court of Appeals regarding premature notices of appeal, this Court deems the Defendant - Appellant's Notice of Appeal to ripen upon the filing of the Judgment of Conviction.

**(#14, 17)**. Pursuant to D.C. Colo. L. Crim. R. 49.3(M), a litigant must notify the Court of his new mailing address within 5 days of moving. Accordingly, the Defendant - Appellant shall **SHOW CAUSE** within 14 days of the date of this Order why this appeal should not be dismissed for failure to comply with D.C. Colo. L. Crim. R. 49.3(M). The Defendant - Appellant is advised that failure to respond to this Order may result in sanctions up to and including dismissal of his appeal.

It is further ordered that unless otherwise instructed by a subsequent Order of this Court, the Defendant - Appellant shall file an opening brief, addressing the legal and factual grounds for the appeal and identifying and attaching the relevant portions of the trial record, on or before **September 22, 2006**. The Government shall file a responsive brief within 14 days of the date of any opening brief filed by the Defendant - Appellant. No reply brief shall be filed without leave of the Court.

Dated this 28th day of August, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge